# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| STEPHANIE HELMBOLD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 2:14-CV-00793-MCE-EFB<br><br>**ORDER GRANTING STIPULATION RE: STANDARD OF REVIEW, SCOPE OF REVIEW AND DISCOVERY**<br><br>Hon. Morrison C. England, Jr. |

　　　　Pursuant to the stipulation of the parties, good cause appearing therefor, and in the interests of conservation of judicial and party resources, the Court hereby orders as follows:

　　　　(1)　The judicial standard of review of Hartford's benefit determination will be *de novo*;

　　　　(2)　Neither party will propound discovery in the case; and

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4849-0426-9852 v1

Case No. 2:14-CV-00793-MCE-EFB
ORDER RE: STANDARD OF REVIEW

(3) The case will be tried on the current administrative record, which will be filed with the Court by defense counsel concurrently with its Opening Trial Brief.

IT IS SO ORDERED.

Dated: August 19, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4849-0426-9852 v1

- 2 -

CASE NO. 2:14-CV-00793-MCE-EFB
ORDER RE: STANDARD OF REVIEW