1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT FOR**

9      **THE EASTERN DISTRICT OF CALIFORNIA  - SACRAMENTO DIVISION**

10

11    STEPHANIE HELMBOLD,                    ) Case No.  2:14-CV-00793-MCE-EFB
                                             )
12                          Plaintiff,       )  **ORDER RE STIPULATION FOR**
                                             )  **DISMISSAL WITH PREJUDICE OF**
13            v.                             )  **ENTIRE ACTION AGAINST ALL**
                                             )  **PARTIES**
14    HARTFORD LIFE AND ACCIDENT             )
      INSURANCE COMPANY,                     )
15                                           )
                            Defendant.       )
16                                           )
                                             )
17    _____)

18          Pursuant to the parties' stipulation (ECF No. 14), the above-referenced action is dismissed

19    in its entirety with prejudice as to all parties.  The parties are to bear their own respective

      attorneys' fees and costs.  The Clerk of the Court is directed to close the case.
20

21          IT IS SO ORDERED.
      Dated:  April 15, 2015
22

23                                           _____
                                             MORRISON C. ENGLAND, JR., CHIEF JUDGE
24                                           UNITED STATES DISTRICT COURT

25

26

27

28
_____
[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL
PARTIES
Case No. 2:14-CV-00793-MCE-EFB
1